DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS LESKO,**
Appellant,

v.

**JENNIFER LESKO,**
Appellee.

No. 4D19-501

[March 5, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Victoria L. Griffin, Judge; L.T. Case No. 2017DR000032.

Thomas Lesko, Port St. Lucie, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***